UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEBRA BROWN,

    Plaintiff,     Case No. 21-cv-10173
                               Hon. Matthew F. Leitman
v.

MORO'S DINING, INC., and
THOMAS MORO,

    Defendants.
_____/

## ORDER TERMINATING WITHOUT PREJUDICE (1) DEFENDANTS' MOTION TO DISMISS (ECF No. 13) AND (2) PLAINTIFF'S MOTION TO COMPEL (ECF No. 14)

On January 26, 2021, Plaintiff Debra Brown filed this employment discrimination action against Defendants Moro's Dining, Inc. and Thomas Moro. (*See* Compl., ECF No. 1.)  Currently pending before the Court are two motions: Defendants' motion to dismiss and for summary judgment (ECF No. 13) and Brown's motion to compel discovery (ECF No. 14).

The parties have recently informed the Court that they have settled their dispute and will submit settlement papers in the near future.  In light of the parties' settlement, the Court will **TERMINATE** the pending motions without prejudice.

    **IT IS SO ORDERED**.

                                       s/Matthew F. Leitman
                                       MATTHEW F. LEITMAN
Dated:  January 21, 2022        UNITED STATES DISTRICT JUDGE

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 21, 2022, by electronic means and/or ordinary mail.

                                              s/Holly A. Ryan
                                              Case Manager
                                              (313) 234-5126